```
              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

JOSE ANTONIO PEGUERO                                    PETITIONER

VS                         CIVIL ACTION NO. 3:25-CV-64-TSL-RPM

WARDEN WINGFIELD                                        RESPONDENT

<u>ORDER</u>

This cause came on to be heard on the May 13, 2026 report and recommendation of United States Magistrate Judge Robert P. Myers recommending that petitioner Jose Antonio Peguero's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus be denied and dismissed.  The court, having fully reviewed the report and recommendation, and no objection having been filed and being duly advised in the premises, finds that the report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the May 13, 2026 report and recommendation of the magistrate judge is hereby adopted as the opinion of this court.

SO ORDERED this the 2nd day of June, 2026.

                                   /s/ Tom S. Lee                
                                   UNITED STATES DISTRICT JUDGE

1